AIRPORT AUTHORITY v. IRVIN

No. 201 PC.

Case below: 36 N.C. App. 662.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 29 August 1978.

AUMAN v. EASTER

No. 192 PC.

Case below: 36 N.C. App. 551.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978.

BROOKS v. BROWN

No. 208 PC.

Case below: 36 N.C. App. 738.

Petition by defendants for discretionary review under G.S. 7A-31 denied 29 August 1978.

BUYING GROUP, INC. v. COLEMAN

No. 198 PC.

No. 98 (Fall Term).

Case below: 37 N.C. App. 26.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 29 August 1978. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question denied 29 August 1978.

CARDWELL v. WARE

No. 167 PC.

Case below: 36 N.C. App. 366.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978.